Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MORENIKE BALOGUN,<br><br>Plaintiff,<br><br>v.<br><br>WINN LAW GROUP, APC AND FIRST RESOLUTION INVESTMENT CORPORATION,<br><br>Defendant | Case No.<br>SA CV 17-0796-DOC (JCGx)<br><br><br><br>JOINT STIPULATION TO DISMISS WITH PREJUDICE<br><br><br><br>Before Hon. David O Carter |

_____
Stipulation to Dismiss With Prejudice
1

NOW COME THE PARTIES by and through attorneys for Plaintiff Morenike Balogun ("Plaintiff") and Defendants Winn Law Group, APC and First Resolution Investment Corporation (collectively "Defendants"), to respectfully move this Honorable Court to dismiss _with prejudice_ this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Defendants do not waive any rights they may have to seek to recover attorney's fees and costs incurred in this action. A proposed order has been concurrently submitted to this Court.

Dated this 5 March 2018.

**M Jones and Associates, PC**
Attorneys for Plaintiff

BY: _Michael Jones_
Michael Jones

BY: /s/ Jennifer Yazdi
JENNIFER L. YAZDI
SIMMONDS & NARITA LLP
_Attorneys for Defendants_
_Winn Law Group, APC and_
_First Resolution Investment_
_Corporation_

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendants' counsel and that I have obtained Defendants' counsel's authorization to affix Defendants' counsel's electronic signatures to this document.

Dated this 5 March 2018.

**M Jones and Associates, PC**
Attorneys for Plaintiff

BY: _____
        Michael Jones