**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MORENIKE BALOGUN,<br><br>Plaintiff,<br><br>v.<br><br>WINN LAW GROUP, APC AND FIRST RESOLUTION INVESTMENT CORPORATION,<br><br>Defendant | Case No.<br>SA CV 17-0796-DOC (JCGx)<br><br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE<br><br><br>Before Hon. David O Carter |

1   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the

2
3   action of Plaintiff MORENIKE BALOGUN against Defendants WINN LAW

4   GROUP, APC and FIRST RESOLUTION INVESTMENT CORPORATION,

5
6   be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal

7   rules of Civil Procedure.

8

9

10   Dated:  March 6, 2018

11

12

13   _David O. Carter_

14   _____
    Hon. David O. Carter

15   United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28